# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Steven Christopher Crain, | 2:18-cv-00382-JAD-CWH |
|     Petitioner | **Order Dismissing Case** |
| v. | [ECF No. 1] |
| Nevada Parole and Probation, et al., | |
|     Respondents | |

    Pro se petitioner Steven Crain petitions for a writ of habeas corpus under 28 U.S.C. § 2254, seeking relief from his conviction in Nevada state court for attempted lewdness with a minor in Case No. 00C166673.[1] This is not Crain's first attempt to challenge his conviction—it's his fourth.[2] His first two challenges were dismissed as untimely under 28 U.S.C. § 2244(d),[3] and the third was dismissed as successive.[4] The court referred the dismissed-as-successive petition to the Ninth Circuit for consideration as an application to file a second or successive petition, and the Ninth Circuit denied it.

    "[D]ismissal of a section 2254 petition for failure to comply with the statute of limitations renders subsequent petitions second or successive for purposes of . . . 28 U.S.C. § 2254(b)."[5] Crain must first obtain authorization from the Court of Appeals before I can consider this

---

[1] ECF No. 1.

[2] *See Crain v. Nevada Parole and Probation*, case no. 2:09-cv-1099-RLH-PAL; *Crain v. State of Nevada*, case no. 2:11-cv-2014-ECR-VCF; *Crain v. Nevada Parole and Probation*, case no. 2:14-cv-1056-GMN-NJK.

[3] *See* ECF No. 5 *in* 2:09-cv-1099-RLH-PAL; ECF No. 2 *in* 2:11-cv-2014-ECR-VCF.

[4] *See* ECF No. 9 *in* 2:14-cv-1056-GMN-NJK.

[5] *McNabb v. Yates*, 576 F.3d 1028, 1030 (9th Cir. 2009).

petition.[6]  Because Crain has not yet obtained that authorization, I lack jurisdiction over his petition.

I also note that although Crain alleges in ground 2 that Nevada parole and probation officers—and counselors working with them—have violated his constitutional rights in various ways, he does not appear to be asserting these as standalone claims.  He cites to these alleged violations as bases for overturning his conviction and seeks only habeas relief.  Crain seems to be seeking monetary damages for these claims in a separate civil action.[7]  In light of the relief sought here compared to that other action, I do not construe this petition as anything more than a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

Accordingly, IT IS HEREBY ORDERED that Crain's petition **[ECF No. 1] is DISMISSED** for lack of jurisdiction.

The **Clerk of Court** is directed to **ADD** Adam P. Laxalt, Attorney General for the State of Nevada, as counsel for respondents.  The **Clerk of Court** is also directed to **electronically SERVE respondents with a copy of the petition and this order**.  Respondents do not need to respond.  Finally, the **Clerk of Court** is directed to **CLOSE THIS CASE**.

DATED: March 6, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

---

[6] 28 U.S.C. § 2244(b)(3).

[7] *See* ECF No. 5 *in* 2:16-cv-406-JAD-PAL.

2